**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**ZVONKO KLAPAN and CHRISTINE KLAPAN,**

                                 Plaintiffs,                5:15-cv-1525
                                                                       (GLS/TWD)

                      v.

**FREMONT INVESTMENT & LOAN CORP. and GREENWICH INVESTORS XXVI, LLC,**

                                 Defendants.
_____

**APPEARANCES:**                                **OF COUNSEL:**

**FOR THE PLAINTIFFS:**

ZVONKO KLAPAN and
CHRISTINE KLAPAN
Plaintiffs, *Pro Se*
7191 Opal Drive
Liverpool, New York 13088

**FOR DEFENDANT GREENWICH
INVESTORS XXVI, LCC:**

O'Connell & Aronowitz                  F. MATTHEW JACKSON, ESQ.
54 State Street, 9th Floor
Albany, New York 12207

**FOR DEFENDANT FREMONT
INVESTMENT & LOAN CORP.**

No Appearance

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

The above-captioned matter comes to this court following a Report-Recommendation and Order by Magistrate Judge Thérèse Wiley Dancks, duly filed on June 1, 2017. (Dkt. No. 26.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report-Recommendation and Order for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 26) is **ADOPTED** in its entirety; and it is further

**ORDERED** that this action is **DISMISSED** with prejudice for failure to prosecute; and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the clerk provide a copy of this Order to plaintiffs by certified mail and to defendants in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

July 6, 2017
Albany, New York

*/s/ Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge